COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




H.D. VEST, INC. AND STEPHANIE
CHARITONENKO,


 Appellants,


v.


TEDDY D. WALKER AND LAURA L.
JONES, 


 Appellees.
 §

 


§


 


§


 


§


 


§


 


 § 


No. 08-10-00350-CV



Appeal from the


346th District Court


of El Paso County, Texas


(TC# 2009-4710) 


MEMORANDUM OPINION


 Pending before the Court is Appellants' unopposed motion for voluntary dismissal of this
appeal. See Tex. R. App. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs
of appeal are assessed against Appellants. See Tex. R. App. P. 42.1(d).


 GUADALUPE RIVERA, Justice

May 27, 2011


Before Chew, C.J., McClure, and Rivera, JJ.